**No. D-2477. In the Matter of Brian Grayson West.**

561 U.S. 1049, 131 S. Ct. 51, 177 L. Ed. 2d 1141, 2010 U.S. LEXIS 5681.

August 16, 2010. Brian Grayson West, of Brooklandville, Maryland, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys permitted to the practice of law before this Court. The Rule to Show Cause, issued on July 26, 2010, is discharged.

**No. 09-247 (R46-024). Ohio Valley Environmental Coalition, et al., Petitioners v. United States Army Corps of Engineers, et al.**

561 U.S. 1051, 131 S. Ct. 51, 177 L. Ed. 2d 1141, 2010 U.S. LEXIS 5682.

August 19, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 556 F.3d 177.

**No. 09-1061 (R46-025). Novell, Inc., Petitioner v. The SCO Group, Inc.**

561 U.S. 1051, 131 S. Ct. 51, 177 L. Ed. 2d 1141, 2010 U.S. LEXIS 5683.

August 26, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 578 F.3d 1201.

**No. 10-5134 (R46-026). John Burton, Petitioner v. Spokane Police Department, et al.**

561 U.S. 1051, 131 S. Ct. 52, 177 L. Ed. 2d 1141, 2010 U.S. LEXIS 5684.

August 26, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 383 Fed. Appx. 671.

**No. 10A74 (10-5040). Kimberly Albright-Lazzari, et vir, Applicants v. Connecticut.**

561 U.S. 1051, 131 S. Ct. 52, 177 L. Ed. 2d 1141, 2010 U.S. LEXIS 5711.

September 3, 2010. Application for stay, addressed to Justice Kennedy and referred to the Court, denied.

**No. 10A109 (09-10544). Christopher Ysais, Applicant v. New Mexico, et al.**

561 U.S. 1052, 131 S. Ct. 52, 177 L. Ed. 2d 1141, 2010 U.S. LEXIS 5722.

September 3, 2010. Application for injunction, addressed to Justice Thomas and referred to the Court, denied.